FORM USA-33s-467

WARRANT FOR ARREST OF ARTICLE IN REM

~~ORIGINAL~~

UNITED STATES OF AMERICA         )
                                 : ss:
SOUTHERN DISTRICT OF NEW YORK    )

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the United States Marshals Service -- GREETING:

WHEREAS, a complaint has been filed in the United States District Court for the Southern District of New York on the 1st day of September, 2005 of the UNITED STATES OF AMERICA, Plaintiff, against ALL ASSETS OF BAYOU ACCREDITED FUND, LLC; BAYOU AFFILIATES FUND, LLC; BAYOU NO LEVERAGE FUND, LLC; BAYOU SUPERFUND, LLC; BAYOU SECURITIES, LLC; BAYOU MANAGEMENT, LLC; AND BAYOU FUND LLC, INCLUDING, BUT NOT LIMITED TO, APPROXIMATELY $100,010,673.68 ON DEPOSIT AT BANK OF AMERICA IN THE NAME OF THE ARIZONA STATE TREASURER AND REFERENCED AS SW 2005-001633, AND ALL INTEREST AND OTHER PROCEEDS TRACEABLE THERETO,

Defendants-in-rem,

upon a civil and maritime claim for seizure and condemnation of said articles for the reasons and causes in the said complaint mentioned and praying for process of warrant for the arrest of the said articles, and that all persons interested in the said articles may be cited in general and special to answer the premises; and all proceedings being had, that the said articles may for the causes in the said complaint mentioned be condemned and forfeited to the use of the UNITED STATES OF AMERICA;

You are therefore hereby commanded to attach the said articles and to detain the same in your custody until the further order of the Court respecting the same, and to give due notice to all persons claiming the same or knowing or having anything to say why the same should not be condemned and forfeited pursuant to the prayer of said complaint that they must file their claims with the Clerk of this Court within thirty (30) days after the execution of this process or within such additional time as may be allowed by the Court and must serve their answers within twenty (20) days after the filing of their claims, and that you promptly after execution of this process file the same in this Court with your return thereon; provided, however, that the defendant-in-rem APPROXIMATELY $100,010,673.68 ON DEPOSIT AT BANK OF AMERICA IN THE NAME OF THE ARIZONA STATE TREASURER AND REFERENCED AS SW 2005-001633 may be attached and detained <u>only</u> upon or after termination of Arizona state court jurisdiction over the same.

WITNESS, THE HONORABLE Michael B. Mukasey, Chief Judge of said Court, at New York, New York in the Southern District of New York on this 1st day of September, 2005.

*J. Michael McMahon*
CLERK
_____
CLERK

*[signature]*
DEPUTY CLERK

DAVID N. KELLEY
United States Attorney
Southern District of New York

By: *[signature]*
MARGERY B. FEINZIG
Assistant United States Attorney
Attorney for Plaintiff

NOTE: Claimant is required to file claim in the Clerk's Office and to answer or except to said complaint within the times above fixed; otherwise, the plaintiff may enter an interlocutory or final judgment as may be appropriate.
This warrant is issued pursuant to Rule C (3) of the Supplementary Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.