

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSE**

September 16, 2005

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**BY HAND**
Honorable Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  **U.S. v. All Assets of Bayou Accredited Fund, LLC et al.**
      **05 Civ. 7722 (CM)**

Dear Judge McMahon:

In connection with the above-referenced matter, I have forwarded two proposed stipulations and orders regarding the disposition of certain assets owned by one of the principles of Bayou, which have been signed by the parties. We respectfully request that the Court "so order" these stipulations.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Margery B. Feinzig
Barbara A. Ward
Assistant United States Attorneys
(914) 993-1912

cc: Andrew Bowman, Esq.

Signature attached

By: _____
MARGERY B. FEINZIG (MF-0553)
BARBARA A. WARD (BW-4314)

_____   9-16-05 at 10:04 AM
DANIEL E. MARINO

_____
ANDREW BOWMAN, ESQ. (AB-568)
Attorney for Daniel E. Marino

SO ORDERED:

_____   Date: 9/16/05
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

5

District Court for the Southern District of New York, and this Court, by its endorsement of this Stipulation and Order, expressly retains such authority.

Dated: New York, New York
     Sept. 16, 2005

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York
                Attorney for the Plaintiff
                United States of America

By: _____
     MARGERY B. FEINZIG (MF-0553)
     BARBARA A. WARD (BW-4314)

_____ 9/16/05 at 10:03 AM
DANIEL E. MARINO

_____
ANDREW BOWMAN, ESQ. (AB-5685)
Attorney for Daniel E. Marino

SO ORDERED: _____     Date: 9/16/05
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

4