```
┌─────────────────────────────────┐
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____         │
│ DATE FILED: _____        │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| United States of America, | 05 Civ. 7722 (CM) (MDF) |
| | and all related cases |
| Plaintiff(s), | 05 Civ. 8374 (CM)(LMS) |
| | 05 Civ. 8376 (CM)(MDF) |
| -against- | 05 Civ. 8532 (CM)(MDF) |
| | 06 Civ. 2379 (CM)(MDF) |
| All Assets of Bayou Accredited Fund, LLC, | |
| et al., | CALENDAR NOTICE |
| Defendant(s). | |

------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

\_\_\_ Pre-trial Conference        ✓ Conference              \_\_\_ Oral argument
\_\_\_ Settlement conference      \_\_\_ Plea Hearing              (Bankruptcy Appeal)
\_\_\_ Rule (16) conference       \_\_\_ Final pre-trial conference
\_\_\_ Telephone Conference       \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial             \_\_\_ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, April 19, 2006 at 10:00 a.m.** in Courtroom 110, U. S. District Court, 40 Foley Square, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: April 5, 2006
       White Plains, New York

So Ordered

*[signature]*

_____
Colleen McMahon, U.S.D.J